Stuart B. Wolfe (SBN 156471)
sbwolfe@wolfewyman.com
Megan E. Gruber (SBN 246122)
megruber@wolfewyman.com
WOLFE & WYMAN LLP
2175 N. California Blvd., Suite 415
Walnut Creek, California 94596-3579
Telephone:  (925) 280-0004
Facsimile:   (925) 280-0005

Attorneys for Defendant
NATIONAL CITY BANK dba NATIONAL CITY MORTGAGE (erroneously sued as "National City Home Equity" and "National City Mortgage")

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO MEJIA and DEBRA MEJIA,<br><br>            Plaintiffs,<br><br>    v.<br><br>COUNTRYWIDE HOME LOANS, NATIONAL CITY HOME EQUITY, PROVIDENT FUNDING ASSOCIATES, L.P., NATIONAL CITY MORTGAGE, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., WONDERAGENTS GROUP, INC., ADVANTAGE FINANCIAL, INC., HUAN VAN PHAM, NORMAN J. EXLINE, YAMIL G. SALAS, MIKE GUNN and DOES 1-20 inclusive,<br><br>            Defendants. | Case No.: 2:09-cv-02346-LKK-DAD<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** |

**TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

This Stipulation is made by and between Plaintiffs ALFREDO MEJIA and DEBRA MEJIA ("Plaintiffs") and Defendant NATIONAL CITY BANK dba NATIONAL CITY MORTGAGE (erroneously sued as "National City Home Equity" and "National City Mortgage") (hereinafter "National City") by and through their respective counsel of record.  Plaintiffs and National City agree and stipulate as follows:

///

PDF created with pdfFactory trial version www.pdffactory.com

A.   On or about October 20, 2009 National City requested of Plaintiffs an extension of time to respond to the Complaint until and including November 3, 2009.

B.   On or about October 20, 2009, Plaintiffs' counsel agreed to extend National City's time to respond to the Complaint until and including November 3, 2009.

C.   This Stipulation does not alter the date of any event or any deadline already fixed by the Court.

WHEREFORE, the parties to this action agree and stipulate that National City has until and including November 3, 2009 to respond to Plaintiffs' Complaint.

DATED: October 20, 2009        WOLFE & WYMAN LLP


By:   /s/ Megan E. Gruber
   STUART B. WOLFE
   MEGAN E. GRUBER
**Attorneys for Defendant**
**NATIONAL CITY BANK dba NATIONAL CITY MORTGAGE**

DATED: October 20, 2009        LAW OFFICES OF SHARON LAPIN


By:   /s/ Sharon Lapin
   SHARON LAPIN
**Attorney for Plaintiffs**
**ALFREDO MEJIA AND DEBRA MEJIA**

## ORDER ON STIPULATION

The Court having reviewed the stipulation of the parties, and good cause appearing therefore, ORDERS that National City shall have including and until November 3, 2009 to respond to Plaintiffs' Complaint in this matter.

IT IS SO ORDERED.

DATED:   October 23, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com