UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALFREDO MEJIA and DEBRA MEJIA,

        Plaintiffs,

    v.

COUNTRYWIDE HOME LOANS, et al.,

        Defendants.

_____/

NO. CIV. S-09-2346 LKK/DAD

O R D E R

On August 24, 2009, the court filed an order setting a status (pretrial scheduling) conference for November 2, 2009 at 10:30 a.m. On October 23, 2009, plaintiffs filed a status report. However, counsel for plaintiffs did not appear for the scheduling conference. Counsel also did not appear for the scheduling conference in another case before this court, <u>Borja, et al., v. Countrywide Home Loans, et al.</u>, No. 2:09-cv-02393-LKK-GGH, scheduled for 11:00 a.m. on November 2, 2009.

Accordingly, the court orders as follows:

1.    Counsel for plaintiffs is hereby ORDERED TO SHOW CAUSE

1

in writing within ten (10) days of the date of this order why sanctions, including requiring plaintiffs' counsel to pay defendants' attorney's fees, should not issue in the above-captioned case, as permitted by Local Rule 11-110.

2. The status (pretrial scheduling) conference is set for December 28, 2009 at 11:00 a.m.

IT IS SO ORDERED.

DATED: November 9, 2009.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT