UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALFREDO MEJIA and DEBRA MEJIA,

        Plaintiffs,

    v.

COUNTRYWIDE HOME LOANS, et al.,

        Defendants.

_____/

NO. CIV. S-09-2346 LKK/DAD

O R D E R

On November 10, 2009, this court ordered counsel for plaintiff to show cause why sanctions should not issue for counsel's failure to appear at a status conference scheduled for November 2, 2009. Counsel has filed a response. Good cause having been shown, the court finds that no sanction is appropriate.

    IT IS SO ORDERED.

    DATED: November 16, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT