UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALFREDO MEJIA and DEBRA MEJIA,

        Plaintiffs,

    v.

COUNTRYWIDE HOME LOANS, et al.,

        Defendants.

NO. CIV. S-09-2346 LKK/DAD

O R D E R

Pending before the court in the above-captioned case is a motion to dismiss and a motion to strike by defendant National City Bank dba National City Mortgage, (Doc. Nos. 16, 17). The court does not find oral argument necessary in these matters. Accordingly, the hearings on the above motions currently set for December 7, 2009 are VACATED. The deadline for submission of plaintiffs' oppositions and defendant's reply memoranda, if any, remain unchanged.

    IT IS SO ORDERED.

    DATED: November 25, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1