UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALFREDO MEJIA and DEBRA MEJIA,

        Plaintiffs,

   v.

COUNTRYWIDE HOME LOANS, et al.,

        Defendants.

/

NO. CIV. S-09-2346 LKK/DAD

O R D E R

Plaintiff in this suit brings numerous claims against various private financial and real estate businesses and several individuals involved with plaintiff's home mortgage. On November 3, 2009, defendant National City Bank dba National City Mortgage moved to dismiss all claims against it and moved to strike portions of plaintiffs' complaint. These motions were set for hearing on December 7, 2009. On November 25, 2009, the court vacated the hearing, yet did not change the deadline for submission of opposition briefs and replies, if any. Pursuant to Local Rule

////

1

1   230(c)[1], plaintiff's oppositions or statements of non-opposition
2   were due on November 23, 2009. Plaintiff did not file an opposition
3   or statement of non-opposition.  Instead, plaintiff filed an
4   amended complaint On December 1, 2009.[2]

5   It appears that many of the arguments raised in the motions
6   to dismiss and to strike portions of the initial complaint may also
7   apply to the amended complaint.  Nonetheless, the court declines
8   to address this issue without briefing directly on point from
9   either party.

10  Accordingly, the pending motions, Doc. Nos. 16, 17, are DENIED
11  WITHOUT PREJUDICE as moot.

12  IT IS SO ORDERED.

13  DATED:  December 8, 2009.

                                    _____
15                                  LAWRENCE K. KARLTON
                                    SENIOR JUDGE
16                                  UNITED STATES DISTRICT COURT

---

[1] Local Rules for the Eastern District of California have been amended effective December 1, 2009. While these rules did not change the deadline for plaintiffs to submit their opposition, the rule was located at a different section of the rules, 78-230(c).

[2] The court notes that pursuant to new rules of civil procedure effective December 1, 2009, plaintiffs should not be permitted to amend their complaint at such a late date. Rather, the current rule only permits amending without the consent of defendants or leave of the court (1) 21 days after service or (2) "21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ. P. 15(a)(1-2). Consequently, under the new rule, plaintiffs would only have 21 days from the service of defendants' motion to dismiss to amend their complaint. However, because the motion was filed before the new rules of civil procedure took effect, the court will consider the amended complaint according to the pre-December 1, 2009 standard.

2