UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALFREDO MEJIA and DEBRA MEJIA,

        Plaintiffs,

    v.

COUNTRYWIDE HOME LOANS, et al.,

        Defendants.

/

NO. CIV. S-09-2346 LKK/DAD

O R D E R

Plaintiff in this suit brings numerous claims against various private financial and real estate businesses and several individuals involved with plaintiff's home mortgage. On October 21, 2009, defendants Countrywide Home Loans and Mortgage Electronic Registration Services Inc. moved to dismiss all claims against them and moved to strike several sections of plaintiff's complaint. These motions were set for hearing on January 11, 2009. Plaintiff filed an amended complaint On December 1, 2009.[1]

---

[1] The court notes that pursuant to new rules of civil procedure effective December 1, 2009, plaintiffs should not be

1

1    It appears that many of the arguments raised in the motions
2 to dismiss and to strike portions of the initial complaint may also
3 apply to the amended complaint.  Nonetheless, the court declines
4 to address this issue without briefing directly on point from
5 either party.
6    Accordingly, the pending motions, Doc. No 9, are DENIED
7 WITHOUT PREJUDICE as moot.
8    IT IS SO ORDERED.
9    DATED:  December 23, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

permitted to amend their complaint at such a late date. Rather, the current rule only permits amending without the consent of defendants or leave of the court (1) 21 days after service or (2) "21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ. P. 15(a)(1-2). Consequently, under the new rule, plaintiffs would only have 21 days from the service of defendants' motion to dismiss to amend their complaint. However, because the motion was filed before the new rules of civil procedure took effect, the court will consider the amended complaint according to the pre-December 1, 2009 standard.

2