UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALFREDO MEJIA and DEBRA MEJIA,

      Plaintiffs,

  v.

COUNTRYWIDE HOME LOANS, et al.,

      Defendants.

_____/

NO. CIV. S-09-2346 LKK/DAD

O R D E R

Plaintiffs in this case bring claims arising out of their mortgage. Defendants Countrywide Home Loans, Inc. and Mortgage Electronic Registration Services, Inc. have filed a motion to dismiss noticed for hearing on February 8, 2010. Pursuant to Local Rule 230(c), plaintiffs' opposition or statement of non-opposition was due on January 25, 2010. Plaintiffs have not filed an opposition or statement of non-opposition.

Based on the above, the court ORDERS as follows:

1. Counsel for plaintiffs is hereby ORDERED TO SHOW CAUSE in writing why sanctions should not issue in accordance

1

```
 1            with Local Rule 110, including a fine of $150 and/or
 2            dismissal of this case.  See also Fed. R. Civ. P. 41(b),
 3            Link v. Wabash R.R., 370 U.S. 626, 633 (1962). Counsel
 4            shall file a response to this order to show cause no
 5            later than February 8, 2010.
 6      2.    Hearing on defendants' motion to dismiss (Dkt. No. 33)
 7            is CONTINUED to February 22, 2010 at 10:00 a.m.
 8      3.    Plaintiffs shall file and serve their opposition or
 9            statement of non-opposition on or before February 8,
10            2010.  Defendants may file and serve a reply no later
11            than February 16, 2010.
12      IT IS SO ORDERED.
13      DATED:  January 28, 2010.
```

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2