**Stuart B. Wolfe (SBN 156471)**
sbwolfe@wolfewyman.com
**Megan E. Gruber (SBN 246122)**
megruber@wolfewyman.com
**WOLFE & WYMAN LLP**
**2175 N. California Blvd., Suite 415**
**Walnut Creek, California 94596-3579**
**Telephone:  (925) 280-0004**
**Facsimile:   (925) 280-0005**

**Attorneys for Defendant**
**PNC BANK, NATIONAL ASSOCIATION as successor by merger to NATIONAL CITY BANK dba NATIONAL CITY MORTGAGE (erroneously sued as "National City Home Equity" and "National City Mortgage")**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO MEJIA and DEBRA MEJIA,<br><br>  Plaintiffs,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, NATIONAL CITY HOME EQUITY, PROVIDENT FUNDING ASSOCIATES, L.P., NATIONAL CITY MORTGAGE, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., WONDERAGENTS GROUP, INC., ADVANTAGE FINANCIAL, INC., HUAN VAN PHAM, NORMAN J. EXLINE, YAMIL G. SALAS, MIKE GUNN and DOES 1-20 inclusive,<br><br>  Defendants. | Case No.: 2:09-cv-02346-LKK-DAD<br><br>**STIPULATION OF DISMISSAL;  ORDER**<br><br>[FRCP 41(a)(1)]<br><br>Trial Date:    Not yet set |

///
///
///
///
///
///
///

1
**STIPULATION OF DISMISSAL; [PROPOSED] ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel and Plaintiffs Alfredo Mejia and Debra Mejia that the above-entitled action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

DATED: February 3, 2010

By: /s/Sharon L. Lapin
SHARON L. LAPIN
**Attorney for Plaintiffs**
**ALFREDO MEJIA and DEBRA MEJIA**

DATED: February 3, 2010    WOLFE & WYMAN LLP

By: /s/Megan E. Gruber
STUART B. WOLFE
MEGAN E. GRUBER
**Attorneys for Defendant**
**PNC BANK, NATIONAL ASSOCIATION as successor by merger to NATIONAL CITY BANK dba NATIONAL CITY MORTGAGE**

### ORDER ON STIPULATION

The Court, having reviewed the stipulation of the parties, and good cause appearing therefore, ORDERS that the above-entitled action be and hereby is dismissed with prejudice as to PNC Bank, National Association as successor by merger to National City Bank dba National City Mortgage.

IT IS SO ORDERED.

Dated: February 8, 2010

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2
**STIPULATION OF DISMISSAL; [PROPOSED] ORDER**

PDF created with pdfFactory trial version www.pdffactory.com