UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALFREDO MEJIA and DEBRA MEJIA,

        Plaintiffs,

    v.

COUNTRYWIDE HOME LOANS, et al.,

        Defendants.

                                /

NO. CIV. S-09-2346 LKK/DAD

O R D E R

In an order filed February 25, 2010 (Dkt. No. 44), the court sanctioned plaintiffs' counsel $150 and directed counsel to file an affidavit affirming that the client would not be made responsible for this sum. Both the payment and the affidavit were to be received within twenty-one days of that order, i.e., by March 18, 2010.

Counsel timely paid the fee, but has yet to file the required affidavit. Accordingly, the court ORDERS as follows:

    1.   Counsel for plaintiffs is reminded of the obligations imposed by the court's February 25, 2010 order.

1

1  2.   Counsel for plaintiffs is hereby ORDERED TO PERSONALLY
2       APPEAR for a hearing on an ORDER TO SHOW CAUSE why
3       further sanctions should not issue in the above-
4       captioned case as permitted by Local Rule 110. Counsel
5       is strongly encouraged to submit the missing affidavit
6       prior to this hearing, but counsel is cautioned that
7       doing so will not cause the court to vacate the hearing.
8       This hearing is SET for on Monday, July 26, 2010 at
9       10:00 a.m. in courtroom 4.
10   IT IS SO ORDERED.
11   DATED: July 2, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2